## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DARRELL GUNN,

                         Plaintiff,

-against-                                   19 **CIVIL** 10039 (CS)

                                                      **JUDGMENT**

C.O. ADAM AQUAFREDDA; FREDERICK N. BERNSTEIN, M.D., F.H.S.D.; VISHWAS BHOPALE, M.D.; E. BURNETT, Deputy Superintendent for Security; ROBERT J. COCUZZA, Sergeant; #1 JOHN DOE, ELMIRA C.E.R.T. C.O.; #2 JOHN DOE, ELMIRA C.E.R.T. C.O.; #3 JOHN DOE, ELMIRA C.E.R.T. C.O.; #4 JOHN DOE, ELMIRA C.E.R.T. C.O.; #5 JOHN DOE, ELMIRA C.E.R.T. C.O.; #6 JOHN DOE, ELMIRA C.E.R.T. Sergeant; DRAGOON, Sergeant; CARL J. KOENIGSMANN, M.D., Deputy Commissioner; PAULINE LONG-KUTOY, Registered Nurse; C.O. ANTHONY STUETZLE,

                        Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 21, 2021, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        July 21, 2021

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                               **BY:**     *K. Mango*

                                                                      **Deputy Clerk**